THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael Anthony
 Farrow, Appellant.
 
 
 
 
 

Appeal from Anderson County
 J. Cordell Maddox, Jr., Circuit Court
Judge

Unpublished Opinion No. 2010-UP-031
 Submitted January 4, 2010  Filed January
25, 2010  

APPEAL DISMISSED

 
 
 
 Appellate Defender Lanelle Cantey Durant, South
 Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, South Carolina Department of Probation, Parole & Pardon Services, of
 Columbia, for Respondent. 
 
 
 

PER CURIAM:  Michael Anthony Farrow appeals the trial
 court's decision to toll his probation while he was committed to the custody of
 the Department of Mental Health pursuant to the Sexually Violent Predator Act,[1] arguing that the trial court erred by
 tolling his probation without conducting a full evidentiary hearing.  After
 thoroughly reviewing the record and briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Farrow's appeal and grant counsel's petition to be relieved.[2]  
APPEAL
 DISMISSED. 
HUFF, A.C.J.,
 GEATHERS, J. and CURETON, A.J., concur.

[1] S.C. Code Ann. § 44-48-10 to 44-48-170 (Supp. 2008).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.